Commonwealth *v.* Hansen, Appellant.

Argued June 14, 1971. *Wilbur Greenberg*, with him *Miller, Pincus, Greenberg and Golden*, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Harding, Appellant.

Argued June 16, 1971. *C. Barry Buckley*, for appellant; *Harold B. Fink, Jr.*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The amended judgment of sentence of the trial court, directing imprisonment for a term of five to ten years, is vacated. The original judgment of sentence of five to seven years is corrected to provide for imprisonment for a term of not less than three and one-half nor more than seven years. As so corrected the judgment of sentence is affirmed. See *Commonwealth v. Silverman*, 442 Pa. 211, 275 A. 2d 308 (1971).

SPAULDING, J., absent.